# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10447

_____

RICKY J. JOHNSON,

                                                                         Plaintiff-Appellant,

versus

FORSYTH COUNTY BOARD OF COMMISSIONERS, et al.,

                                                                         Defendants,

TED PAXTON,
Former Sheriff,
SHERIFF DUANE PIPER,
in his individual capacity,
SHERRIFF RON FREEMAN,
in his official capacity,
LT. FEE,
SGT. HUGHES,

2            Order of the Court            21-10447

OFFICER GAY, et al.,

                                         Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:14-cv-00173-RWS

_____

ORDER:

On the Court's own motion, the Court directs counsel to be appointed to represent the appellant in this appeal. Counsel will be appointed by separate order.

                                               DAVID J. SMITH
                            Clerk of the United States Court of
                                Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION